UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

                                        Plaintiffs,

                - against -

NAVILLUS TILE, INC. d/b/a NAVILLUS CONTRACTING
and DONAL O'SULLIVAN d/b/a NAVILLUS CONTRACTING,
and DONAL O'SULLIVAN, Individually,

                                        Defendants.

------------------------------------------------------------------X

FILED
U.S. DISTRICT COURT

2005 FEB -1  A 11: 56

S.D. OF N.Y. W.P.

**BRIEANT**

**05 CIV. 1049**

**ECF CASE**

### STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of Donal O'Sullivan d/b/a Navillus Contracting, and Navillus Tile, Inc. d/b/a Navillus Contracting - NO OTHERS KNOWN

Dated: January 27, 2005

                                GELLERT & KLEIN, P.C.

                                STEPHEN E. EHLERS (SE-3094)
                                Attorneys for Plaintiffs
                                75 Washington Street
                                Poughkeepsie, NY 12601
                                845-454-3250

F:\USER\clients\H\HVDC\Navillus\Legal\RULE 7.1.wpd\January 24, 2005 (3:35pm)