Index # 05 Civ 1049
Purchased/Filed: February 1, 2005

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Trustees Of the Bricklayers et al          Plaintiff

against

Navillus Tile Inc dba Navillus COntracting          Defendant

STATE OF NEW YORK)
COUNTY OF ALBANY) SS
CITY OF ALBANY     )

DESCRIPTION OF PERSON SERVED:          Approx. Age: 45 Yrs.

Weight: 120 Lbs. Height:     5' 0"     Sex: Female Color of skin: White

Hair color: Brown     Other:

Matthew Ketcham, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 11, 2005, at 12:30 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action & Complaint on Navillus Tile Inc, the Defendant in this action, by delivering to and leaving with Carol Vogt AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 BUSINESS CORPORATION LAW.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

15th day of February, 2005

NANCY L. GORDON
NOTARY PUBLIC, State of New York
Reg. No. 01GO4503730, Rensselaer
Commission Expires June 30, 2007

Matthew Ketcham

Invoice-Work Order # 0503272

*ALEXANDER, POOLE & CO., INC. . 11 NORTH PEARL STREET. ALBANY, NEW YORK, 12207*