UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**COURTESY COPY**
*Original*

05 CV 1049 (CLB)

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

                              Plaintiff,

**STIPULATION TO
EXTEND TIME TO
ANSWER, MOVE OR
OTHERWISE RESPOND**

            - against -

NAVILLUS TILE, INC., d/b/a NAVILLUS
CONTRACTING and DONAL O'SULLIVAN d/b/a
NAVILLUS CONTRACTING, and DONAL
O'SULLIVAN, Individually,

                              Defendants.

It is hereby stipulated by and between the parties that the time in which Defendants may

answer, move or otherwise respond to the Complaint is hereby extended up to, and including,

March 31, 2005.

By: _____
Stephen E. Ehlers (SE/3094)
GELLERT & KLEIN, P.C.
*Attorneys for Plaintiff*
75 Washington Street
Poughkeepsie, NY 12601
(845) 454-3250

By: _____
David M. Wirtz (DW/9777)
GROTTA, GLASSMAN & HOFFMAN, P.C.
*Attorneys for Defendants*
650 Fifth Avenue
New York, NY 10019
(212) 315-3510

Dated: __2/28__, 2005

Dated: __2/05__, 2005

SO ORDERED:

_____
Hon. Charles Brieant, U.S.D.J.
Dated: March 7, 2005

492900-1