UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGMENT
COALITION AND APPRENTICE TRAINING
AND JOURNEYMEN UPGRADING FUNDS,
and BRICKLAYERS AND ALLIED CRAFTWORKERS,
LOCAL 5 NEW YORK,

<u>Civil Action No.</u>
**05 CV-1049 (CLB)**

**CERTIFICATION
PURSUANT TO
F.R.C.P. 7.1**

Plaintiffs,

- against -

NAVILLUS TILE, INC., d/b/a NAVILLUS
CONTRACTING and DONAL O'SULLIVAN
d/b/a NAVILLUS CONTRACTING, and
DONAL O'SULLIVAN, Individually

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendants Navillus Tile, Inc. and Donal O'Sullivan hereby certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held: **None.**

DATED:  New York, New York
        March 31, 2005

GROTTA, GLASSMAN & HOFFMAN, P.C.

By: /s/
    David M. Wirtz (DW/9777)
    *Attorneys for Defendants*
    650 Fifth Avenue
    New York, New York 10019
    (212) 315-3510

497125-1