UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

                         Plaintiffs,

- against -

NAVILLUS TILE, INC. d/b/a NAVILLUS CONTRACTING
and DONAL O'SULLIVAN d/b/a NAVILLUS CONTRACTING,
and DONAL O'SULLIVAN, Individually,

                         Defendants.
-----------------------------------------------------------X

**ECF CASE**

**STIPULATION AND ORDER
DISCONTINUING ACTION**

**05 CIV1049 (CLB)(LMS)**

**WHEREAS,** to avoid the expense and inconvenience of continued litigation and the parties having agreed to settle this action, it is

**HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties that this action be discontinued with prejudice and without costs.

Dated: November 29, 2005

GROTTA, GLASSMAN & HOFFMAN, P.C.          GELLERT & KLEIN, P.C.

BY: _____          BY: _____
Keith R. McMurdy, Esq.                      Stephen E. Ehlers (SE 3094)
650 Fifth Avenue                            75 Washington Street
New York, NY 10019                          Poughkeepsie, NY 12601
(212) 315-3992                              (845) 454-3250

                SO ORDERED Nov 29, 2005

                        _____
                        Charles L. Brieant, U.S.D.J.

# GELLERT & KLEIN, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
### 76 WASHINGTON STREET
### POUGHKEEPSIE, NEW YORK 12601-2303

(845) 454-3250
FAX: (845) 454-4652
www.gklaw.us

LEONARD KLEIN
ARTHUR L. GELLERT
STEPHEN E. EHLERS
JOHN A. CEOCHEGAN
LILLIAN S. WEIGERT
JAMES M. FEDORCHAK
STEPHEN E. DIAMOND
SCOTT L. VOLKMAN
DAVID R. WISE

RODERICK J. MACLEOD
SABRINA BLAIN
DANIEL H. STOCK
BEVIN S. HARRINGTON
LINDA M. MURRAY
KENNETH PUIG
KELLY L. TRAVER
JOAN W. MCFADDEN

COUNSEL
S. NINA GELLERT
RAINA E. MAISSEL
ANTHONY M. QUARTARARO
SENATOR STEPHEN M. SALAND
ROBERT C. VINCENT, JR.

JOSEPH H. GELLERT
(1907-1989)

WESTCHESTER OFFICE
3010 WESTCHESTER AVENUE
SUITE 302
PURCHASE, NEW YORK 10577
(914) 249-0100
FAX: (914) 249-0111

VARIOUS GELLERT & KLEIN ATTORNEYS
ARE ALSO ADMITTED TO PRACTICE IN
CT, FL, MA, ENGLAND

November 29, 2005

Mr. Robert Rogers, Chief Deputy Clerk
United States District Court
Southern District of New York
U.S. District Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Trustees of the Bricklayers and Allied Craftworkers
Local 5, New York Funds, et al. v. Navillus Contracting/
Navillus Tile, Inc. and Donal O'Sullivan, Individually
**05 CIV 1049 (CLB)(LMS)**
Our File No. 22520.5031

Dear Mr. Rogers:

Enclosed for filing please find Stipulation and Order Discontinuing Action in the above captioned matter.

By copy of this letter to Judge Brieant we are providing His Honor with a copy of the stipulation and informing him that the conference in this case, currently scheduled before him on December 2, 2005 at 11:00 a.m., will no longer be necessary.

Very truly yours,

GELLERT & KLEIN, P.C.

STEPHEN E. EHLERS

SEE:jcd
Enclosure

cc: Hon. Charles L. Brieant (w/encl.) **(VIA FACSIMILE)**
Mr. Tony Piacente (w/encl.)
Mr. Andrew T. Gallante (w/encl.)
Keith R. McMurdy (w/encl.)

F:\USER\clients\H\HVDC\Navillus\Letters-Memos\CLERK-FILE STIP. DISC.wpd\November 29, 2005 (2:29pm)